**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**JOSEPH DOPKO, JR.** **PLAINTIFF**

**V.** **CASE NO. 5:26-CV-5182**

**CITY OF FAYETTEVILLE, ARKANSAS;**
**CITY OF SPRINGDALE, ARKANSAS;**
**CITY OF BENTONVILLE, ARKANSAS;**
**CHRIS MILLER (Corporal);**
**JUSTIN BURKE (Officer);**
**UNKNOWN K9 OFFICER 1-2;**
**and UNKNOWN OFFICER 1 2.** **DEFENDANTS**

**ORDER**

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 14) filed in this case on October 13, 2026, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

**IT IS SO ORDERED** on this 3rd day of November, 2026.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE